NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE REMBRANDT TECHNOLOGIES, LP, PATENT LITIGATION

---

**REMBRANDT TECHNOLOGIES, LP** AND **REMBRANDT TECHNOLOGIES, LLC (DOING BUSINESS AS REMSTREAM),**
*Plaintiffs-Appellants,*

v.

**CABLEVISION SYSTEMS CORPORATION** AND **CSC HOLDINGS, INC.,**
*Defendants-Appellees,*

AND

**ABC INC., CBS CORPORATION,** AND **NBC UNIVERSAL, INC. (NOW KNOWN AS NBCUNIVERSAL MEDIA, LLC),**
*Defendants-Appellees,*

AND

**CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI CALIFORNIA, LP, CENTURY-TCI DISTRIBUTION COMPANY, LLC, CENTURY-TCI HOLDINGS, LLC, PARNASSOS COMMUNICATIONS, LP, PARNASSOS DISTRIBUTION COMPANY I, LLC, PARNASSOS DISTRIBUTION COMPANY II, LLC, PARNASSOS HOLDINGS, LLC, PARNASSOS, LP,** AND **WESTERN NY CABLEVISION, LP,**

*Defendants-Appellees,*

AND

**CHARTER COMMUNICATIONS OPERATING LLC**
AND **CHARTER COMMUNICATIONS, INC.,**
*Defendants-Appellees,*

AND

**COMCAST CABLE COMMUNICATIONS
HOLDINGS, INC., COMCAST CABLE
COMMUNICATIONS, LLC, COMCAST
CORPORATION, COMCAST OF
FLORIDA/PENNSYLVANIA, LP, COMCAST OF
PENNSYLVANIA II, LP, AND COMCAST OF PLANO,
LP,**
*Defendants-Appellees,*

AND

**COXCOM, INC.,**
*Defendant-Appellee,*

AND

**FOX BROADCASTING COMPANY AND FOX
ENTERTAINMENT GROUP, INC.,**
*Defendants-Appellees,*

AND

**SHARP CORPORATION AND SHARP
ELECTRONICS CORPORATION,**
*Defendants-Appellees,*

AND

**TIME WARNER CABLE LLC, TIME WARNER
CABLE, INC., TIME WARNER ENTERTAINMENT
COMPANY, L.P., TIME WARNER
ENTERTAINMENT-ADVANCE/NEWHOUSE
PARTNERSHIP, AND TIME WARNER NEW YORK**

## CABLE LLC (KNOWN AS TIME WARNER NY CABLE LLC),
*Defendants-Appellees,*

AND

## ADELPHIA COMMUNICATIONS CORPORATION, ADELPHIA CONSOLIDATION LLC, AMBIT MICROSYSTEMS, INC., CISCO SYSTEMS, INC., MOTOROLA, INC., NETGEAR, INC., SCIENTIFIC ATLANTA INC., AND THOMSON, INC.,
*Defendants.*

---

2012-1022

---

Appeal from the United States District Court for the District of Delaware in case no. 07-MD-1848, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

Upon consideration of NBC Universal, Inc.'s unopposed motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 0 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul B. Milcetic, Esq.
Edward R. Reines, Esq.
Jeremy S. Pitcock, Esq.
John W. Shaw, Esq.
Mark A. Perry, Esq.
Jeffrey H. Dean, Esq.
Brian L. Ferrall, Esq.
Mitchell G. Stockwell, Esq.
Jeffrey B. Plies, Esq.
Richard H. Brown, III, Esq.
David S. Benyacar, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 1 2012

JAN HORBALY
CLERK